No. 11–10861.  DOANE v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–10862.  CRAWFORD v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–10863.  HART v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–10864.  HOLTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10866.  NEELEY v. HANEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–10867.  PHILLIPS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 11–10868.  SISAVATH v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–10869.  BELL v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–10871.  CARR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10872.  COLEMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–10873.  WALKER v. CURLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–10874.  ARREYGUE v. VIRGA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10875.  CARPENTER v. BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–10876.  BOLTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.